Robert Chalfant, (State Bar No. 203051)
**ROBERT CHALFANT LAW, PC**
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone:     (916) 647-7728
Facsimile:       (916) 930-6093
Email:            robert@rchalfant.com

Attorney for Plaintiff
BRANDON M. ESCAMILLA

Janine K. Jeffery, Esq. CBN 112639
Jjeffery@reilyjeffery.com
**REILY & JEFFERY. INC.**
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone: (818) 350-6282
Facsimile: (818) 350-6283

Attorneys for Defendants A Oboyle and T. Phillips

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON M. ESCAMILLA, | Case No.: 2:22-cv-02038-KJM-AC P |
| Plaintiff, | **STIPULATION TO MODIFY DISCOVERY AND SCHEDULING ORDER** |
| vs. | |
| A. OBOYLE, et al., | |
| Defendants. | |

COMES NOW THE PARTIES, by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications/amendments of the Court's Discovery and Scheduling Order (ECF No. 58). The parties hereby stipulate, through their counsel of record, as follows:

-1-

STIPULATION TO MODIFY DISCOVERY AND SCHEDULING ORDER

1  **WHEREAS**, on November 4, 2022, Plaintiff Brandon Escamilla initiated this action by filing a 1983 Prisoner Civil Rights Complaint (ECF No. 1);

**WHEREAS**, Plaintiff subsequently obtained permission from this Court to file his Third Amended Complaint (ECF No. 50), and Plaintiff's Third Amended Complaint was filed on August 28, 2023 (ECF No. 51);

**WHEREAS**, Defendants answered Plaintiff's Third Amended Complaint on January 31, 2024 (ECF No. 56);

**WHEREAS**, on February 6, 2024, Magistrate Judge Allison Claire issued a Discovery and Scheduling Order (ECF No. 58);

**WHEREAS**, the Discovery and Scheduling Order issued in this case provides that the "parties may conduct discovery until **May 31, 2024**. Any motions necessary to compel discovery shall be filed by **May 31, 2024**. All requests for discovery pursuant to Federal Rules of Civil Procedure 31 (deposition by written question), 33 (interrogatories), 34 (production of documents), or 36 (admissions) shall be served no later than **April 1, 2024**." (ECF No. 58, at p.6:1-4);

**WHEREAS**, the Discovery and Scheduling Order also provides that "[A]ll pretrial motions, except motions to compel discovery and motions directly related to trial proceedings, shall be filed on or before **August 23, 2024**. (Id., at p.6:5-8);

**WHEREAS**, on March 20, 2024, attorney Robert Chalfant, filed a Notice of Appearance, and now represents Mr. Escamilla in this matter (ECF No. 59);

**WHEREAS**, the parties have met and conferred regarding Mr. Chalfant's appearance in this matter, outstanding discovery issues, and the filing of a motion to continue the discovery and dispositive motion deadlines, and settlement. In order to avoid motion practice, the parties have mutually agreed to modify the Discovery and Scheduling Order, as follows:

The parties may conduct discovery until September 30, 2024, and any motions to compel discovery shall be filed by October 31, 2024; and

All pretrial motions, except motions to compel discovery and motions directly related to trial proceedings, shall be filed on or before December 2, 2024.

SO STIPULATED.

Dated: April 1, 2024                                  ROBERT CHALFANT LAW, PC


By: */s/ Robert Chalfant*
    ROBERT CHALFANT
    Attorney for Plaintiff


Dated: March 27, 2024                                 REILY & JEFFERY, INC.



By: */s/ Janine K. Jeffery (Auth. 3/27/24)*
    Janine K. Jeffery
    Attorneys for Defendants
    A. OBOYLE and T. PHILLIPS


## [PROPOSED] ORDER

After considering the Stipulation by and between the parties' counsel of record:

The parties may conduct discovery until September 30, 2024, and any motions to compel discovery shall be filed by October 31, 2024; and

All pretrial motions, except motions to compel discovery and motions directly related to trial proceedings, shall be filed on or before December 2, 2024.

**IT IS SO ORDERED.**

DATED: April 1, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE