Robert Chalfant, (State Bar No. 203051)
**ROBERT CHALFANT LAW, PC**
13620 Lincoln Way, Suite 325
Auburn, California 95603
Telephone:     (916) 647-7728
Facsimile:       (916) 930-6093
Email:             robert@rchalfant.com

Attorney for Plaintiff
BRANDON M. ESCAMILLA

Janine K. Jeffery, Esq. CBN 112639
Jjeffery@reilyjeffery.com
**REILY & JEFFERY. INC.**
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone: (818) 350-6282
Facsimile: (818) 350-6283

Attorneys for Defendants A Oboyle and T. Phillips

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON M. ESCAMILLA, | Case No.: 2:22-cv-2038 KJM AC P |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REQUESTING STAY OF ALL PROCEEDINGS** |
| vs. | |
| A. OBOYLE, et al., | |
| Defendants. | |

COMES NOW THE PARTIES, by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request a stay of all proceedings in this matter. The parties hereby stipulate, through their counsel of record, as follows:

**WHEREAS**, on November 4, 2022, Plaintiff Brandon Escamilla ("Plaintiff") initiated this action by filing a Pro Se 1983 Prisoner Civil Rights Complaint (ECF No. 1);

**WHEREAS**, the Complaint alleges that on August 24, 2022, Plaintiff was subjected to excessive force by named Correctional Officers Defendants A. Oboyle and T. Phillips while incarcerated at Mule Creek State Prison. (Id. at pp. 1:15);

**WHEREAS**, on November 16, 2022, Magistrate Judge Allison Claire conducted an initial screening of Plaintiff's Pro Se Civil Rights Complaint and authorized service of the complaint on Defendants Oboyle and Phillips (ECF No. 6 at p.3:11-21)

**WHEREAS**, Plaintiff subsequently obtained permission from this Court to file his Third Amended Complaint, which he filed on August 28, 2023 (ECF Nos. 50 and 51);

**WHEREAS**, Defendants answered Plaintiff's Third Amended Complaint on January 31, 2024 (ECF No. 56);

**WHEREAS**, on February 6, 2024, Magistrate Judge Allison Claire issued a Discovery and Scheduling Order (ECF No. 58);

**WHEREAS**, on March 20, 2024, attorney Robert Chalfant filed a Notice of Appearance, and now represents Mr. Escamilla in this matter (ECF No. 59);

**WHEREAS**, on April 1, 2024, the parties filed a Stipulation and Proposed Order to modify the Discovery and Scheduling Order issued in this case and extend all discovery deadlines based on Mr. Chalfant's appearance in the action; (ECF No. 60);

**WHEREAS**, On April 1, 2024, Magistrate Judge Allison Claire signed the Proposed Order and Ordered that: (1) discovery close on September 30, 2024; (2) any motions to compel be filed by October 31, 2024; and (3) all pretrial motions be filed on or before December 2, 2024. (ECF No. 61);

**WHEREAS**, on May 6, 2024, Counsel for Plaintiff was notified by defense counsel and his client that a criminal Complaint had been filed in Amador County Superior Court against Plaintiff, and the criminal Complaint alleged, among other things,

that Plaintiff committed felony battery against Defendants Oboyle and Phillips on August 24, 2022;

**WHEREAS**, on May 22, 2024, Plaintiff's Counsel obtained a copy of the Criminal Complaint filed in Amador County Superior Court on April 2, 2024 (See Attached Exhibit A), which shows that Plaintiff is being prosecuted for the same acts that he is proceeding upon in this federal civil rights action (Id. at Counts Two and Three);

**WHEREAS**, the parties seek to stay this action pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994), *Younger v. Harris*, 401 U.S. 37 (1971) and the implication of Plaintiff's Fifth Amendment rights;

**WHEREAS**, judicial efficiency favors the imposition of a stay of all proceedings in this matter because Plaintiff's criminal action involves the same facts alleged in Plaintiff's civil action;

**WHEREAS**, the public interest weighs in favor of a stay because "[t]he public has an interest in 'ensuring that the criminal process is not subverted' by ongoing civil cases." *Valenzuela v. Santiesteban*, 2021 U.S. Dist LEXIS 69535, 2021 WL 1845544, at *1-3 (E.D. Cal. Apr. 9, 2021)(staying excessive force case where related criminal prosecution pending);

**WHEREAS**, the parties recognize that proceeding with these actions at this time could have potential adverse effects on the parties' ability to prove and disprove claims in this matter. For these reasons, the parties jointly request that this matter be stayed to the conclusion of the related criminal matter in the Amador County Superior Court proceedings;

**SO STIPULATED.**

Dated: May 29, 2024                                    ROBERT CHALFANT LAW, PC


By: */s/ Robert Chalfant*
     ROBERT CHALFANT
     Attorney for Plaintiff

-3-

| | |
|---|---|
| Dated: May 28, 2024 | REILY & JEFFERY, INC. |

By: /S/ Janine Jeffery (Auth. 5/28/24)
Janine K. Jeffery
Attorneys for Defendants
A. OBOYLE and T. PHILLIPS

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, this case shall remain stayed in all respects until the conclusion of the related criminal matter. All pending deadlines and dates are vacated. Plaintiff agrees to notify Defendants and the Court at the termination of the related criminal matter, at which time the Court can issue a new scheduling order.

**IT IS SO ORDERED.**

DATED: May 29, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE